*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

**United States of America**

   **v.**

Fidel Hermilo Galaviz-Nevarez

USMS #16529408

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

**No.** CR-14-01624-PHX-BSB

Joseph Michael Traher, Jr. (CJA)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** guilty on December 19, 2014, to Count Two of the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE OFFENSE(S) OF** violating Title 8 U.S.C. §1325(a)(2), Alien Eluding the Examination and Inspection of Immigration Officers of the United States of America, a Class B misdemeanor, as charged in Count Two of the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **SEVENTY FIVE (75) DAYS,** with credit for time served.

Upon Oral Motion of the Government, Count One of the Indictment is DISMISSED with prejudice.

**SPECIAL ASSESSMENT:**   REMITTED    **FINE:**  WAIVED    **RESTITUTION:** N/A

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

**THE COURT** FINDS that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Friday, December 19, 2014.**

DATED this 19th day of December, 2014.

_____
Bridget S. Bade
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____   By: _____
United States Marshal                                      Deputy Marshal